IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTONIO WEBB and KASSANDRA WEBB, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>TURNER CONSTRUCTION COMPANY and  UNIVERSAL PROTECTION SERVICE, LLC.,<br><br>Defendants. | | **8:26CV151**<br><br><br><br>**ORDER** |

This matter is before the Court on the "Joint Stipulation for Dismissal with Prejudice" (Filing No. 31).   Filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation indicates the parties jointly dismiss with prejudice defendant Universal Protection Service, LLC.

In certain circumstances, Rule 41(a) allows for dismissal of an "action" at a plaintiff's request.  A plaintiff seeking to dismiss a single defendant—rather than the entire action—should normally amend (or seek leave to amend) their pleading to eliminate the party they wish to dismiss.  *See Mulhall v. Auto-Owners Ins. Co.*, No. 8:24CV251, 2024 WL 3598916, at *1 (D. Neb. July 31, 2024) (citing *Rosell v. VMSB, LLC*, 67 F.4th 1141, 1144 (11th Cir. 2023), *Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015), and 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2362 (4th ed. June 2024 Update)).

However, for efficiency's sake, the Court will grant the parties joint stipulation— which it construes as a joint motion to dismiss by court order.  *See Johnston v. Cartwright*, 355 F.2d 32, 39 (8th Cir. 1966) (Blackmun, J.) (explaining "it may not be material whether the court acts under Rule 15(a) which relates to amendments, or Rule 21 which concerns

misjoinder, or Rule 41(a)(2)" in dismissing a defendant at the plaintiff's request). Accordingly,

IT IS ORDERED:

1.      The parties' joint stipulation for dismissal (Filing No. 31)—construed as a joint motion to dismiss by court order—is granted.

2.      Defendant Universal Protection Service, LLC is dismissed with prejudice as described in the parties' joint submission.

3.      Plaintiffs Antonio and Kassandra Webb shall amend their complaint, eliminating Universal Protection Service, LLC as a party.

Dated this 11th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2